IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RODNEY MCCUTCHEON,

      Petitioner,

v.

MICHAEL D. CREWS,
SECRETARY, DEPARTMENT OF
CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5781

Opinion filed July 17, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Rodney McCutcheon, pro se, Petitioner.

Pamela Jo Bondi, Attorney General; Susan A. Maher and Marcus O. Graper, Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.